Rel: March 28, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0390

Debra Hobson, Kenny McGawn, and Dean Burke v. Christopher Ray Perkins and William Seth Perkins, as co-personal representatives of the Estate of Katherine McGahee, deceased (Appeal from Morgan Circuit Court: CV-22-900059).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Wise, Bryan, Mendheim, Mitchell, Cook, and McCool, JJ., concur.